**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| CRAIG CLAY CHASTAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-00665-CV-W-BP |
| | ) | |
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DEFERRING CONSIDERATION OF PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Pending is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (Doc. 1.) The Court defers consideration of Plaintiff's Motion pending receipt from him of a completed and notarized Affidavit of Financial Status.

A court may allow a plaintiff to proceed without paying the necessary filing fee if, among other things, he submits a financial affidavit establishing his or her inability to pay it. 28 U.S.C. § 1915(a)(1). The Court's Local Rules require that the affidavit "either be on the form provided by the Clerk, or else contain the same information requested on the Clerk's form." Local Rule 83.7(a). Plaintiff did not complete the form created by the Clerk for this purpose, and the affidavit he has provided does not include most of the required information. (*See* Doc. 2.)

Accordingly, the Court defers consideration of Plaintiff's Motion. If Plaintiff completes and submits the Affidavit of Financial Status on or before September 14, 2026, the Court will

consider his Motion. A copy of the approved form will be supplied with this Order. Alternatively, the form can be found online on the Court's website.[1]

**IT IS SO ORDERED**.

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: August 13, 2026

[1] https://www.mow.uscourts.gov/sites/mow/files/DC_Affidavit%20of%20Financial%20Status.pdf